IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KARRIE MANUELITO and
WILTON DAVIS,

      Plaintiffs,

vs.                                           CIV 12-1144 JCH/KBM

THE BIG "E" INCORPORATED and
NATIVE AMERICAN LOAN COMPANY,
INC., doing business as ELLIS TANNER
TRADING COMPANY,

      Defendants.

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO COMPEL

THIS MATTER is before the Court on Defendants' Motion to Compel *(Doc. 55)*. The Court has reviewed the motion and briefs submitted by the parties and finds that the motion is well taken except to the extent that it requests sanctions at this time.

Wherefore,

IT IS HEREBY ORDERED that Defendants' Motion to Compel *(Doc. 55)* is granted in part. To the extent that discovery remains unanswered, Plaintiffs shall provide complete answers by November 1, 2013. The Court will permit each plaintiff to verify his or her answers to discovery at the time of deposition if verifications have not been previously provided. Sanctions will not be awarded at this time.

                                                        _____
                                                        UNITED STATES CHIEF MAGISTRATE JUDGE